IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRANDEIS UNIVERSITY and
GFA BRANDS, INC.,                                                    ORDER

                Plaintiffs,                          11-cv-619-bbc

    v.

EAST SIDE OVENS, INC.,
VOORTMAN COOKIES, LTD.
and COOKIE SPECIALTIES, INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRANDEIS UNIVERSITY and
GFA BRANDS, INC.,

                Plaintiffs,                          12-cv-107-bbc

    v.

KEEBLER CO.,
FAMOUS AMOS CHOCOLATE CHIP COOKIE COMPANY, LLC.
and MURRAY BISCUIT CO. LLC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRANDEIS UNIVERSITY and
GFA BRANDS, INC .,

1

       Plaintiffs,       12-cv-108-bbc

  v.

UNILEVER UNITED STATES, INC.
and CONOPCO, INC.,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRANDEIS UNIVERSITY and
GFA BRANDS, INC

       Plaintiffs,       12-cv-109-bbc

  v.

BREMNER FOOD GROUP, INC.
and TOPCO ASSOCIATES LLC.,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRANDEIS UNIVERSITY and
GFA BRANDS, INC.,

       Plaintiffs,       12-cv-110-bbc

  v.

THE PILLSBURY COMPANY, LLC.,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRANDEIS UNIVERSITY and
GFA BRANDS, INC.,

       Plaintiffs,       12-cv-111-bbc

v.

NESTLE USA, INC.,
Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On February 15, 2012, this court entered an order in the above cases for the parties to show cause by February 22, 2012, why this case should not be transferred to the Northern District of Illinois. Because no party has raised any objections, I am transferring the cases.

ORDER

IT IS ORDERED that the above cases are transferred to the Northern District of Illinois.

Entered this 23d day of February, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

3